FILED
2026 Jul-06 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **SHANNON LEE COON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:26-cv-617-ACA-JHE** |
| | ) | |
| **FCI ALICEVILLE WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

Petitioner Shannon Lee Coon filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, along with a supplemental petition. (Docs. 1, 2). In May 2026, the magistrate judge entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on the petitioner's failure to prosecute her claims. (Doc. 6). Although the magistrate judge advised Ms. Coon of her right to file objections within fourteen days, the court has not received any objections.

The court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **WILL DISMISS** the action **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**DONE** and **ORDERED** this July 6, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE