FILED
2026 Jul-06  PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **SHANNON LEE COON,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. 7:26-cv-617-ACA-JHE** |
| | ) |
| **FCI ALICEVILLE WARDEN,** | ) |
| | ) |
| **Respondent.** | ) |

## FINAL ORDER

Consistent with the accompanying opinion, the court **DISMISSES** the action

**WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b).

**DONE** and **ORDERED** this July 6, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE